Application for Judicial Appointment
Applicant's Name __James Robertson__
Attachment to Senate Form, No. II.4.

| AO-10<br>Rev. 1/93 | **FINANCIAL DISCLOSURE REPORT** | Under the Act of 1975, Pub. L. No.<br>191-194, November 30, 1989<br>(5 U.S.C.A. App. 6, §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br><br>ROBERTSON, JAMES (N) | 2. Court or Organization<br><br>U.S. District Court for the<br>District of Columbia | 3. Date of Report<br><br>9/14/94 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br><br>Judge (active) | 5. Report Type (check appropriate type)<br>___ Nomination, Date_____<br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br><br>1/1/93-8/31/94 |
| 7. Chambers or Office Address<br><br>2445 M Street, N.W.<br>Washington, D.C. 20037 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations<br><br>Reviewing Officer Signature _____ | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| ☐ NONE (No reportable positions) | | |
| | Partner | Wilmer, Cutler & Pickering |
| | President, Treasurer | Southern Africa Legal Services and Legal Education Project, Inc. |
| | Trustee | St. Mark Elderly Housing, Inc. |
| | Director | D.C. Lawyers Committee for Civil Rights and Urban Affairs |
| | Director | Public Defender Service of D.C. |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| Current | Partners of Wilmer, Cutler & Pickering (Attachment 1) |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| | Wilmer, Cutler & Pickering partnership income | $ 665,670 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>ROBERTSON, JAMES (N) | Date of Report<br>9/14/94 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## V. OTHER GIFTS. 

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES. 

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| 1 Crestar Bank, N.A. | Unsecured Note (J) | M |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = more than $1,000,000

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTSON, JAMES (N) | 9/14/94 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| GOV'T & GOV'T AGENCIES | | | | | | | | | | |
| Fed. Home Ln Mtg. Corp. | B | int. | K | T | | | | | | |
| FNMA | D | int. | L | T | | | | | | |
| Tenn. Valley Auth. Pwr. Bd. | C | int. | K | T | | | | | | |
| U.S. Treas. Notes | D | int. | M | T | | | | | | |
| CORPORATE OBLIGATIONS | | | | | | | | | | |
| Balt. Gas & Elec. Co. | D | int. | K | T | | | | | | |
| GMAC | D | int. | L | T | | | | | | |
| ITT | C | int. | K | T | | | | | | |
| JC Penney | D | int. | K | T | | | | | | |
| Private Expt. Fdg. Corp. | C | int. | K | T | | | | | | |
| Republic N.Y. Corp. | C | int. | K | T | | | | | | |
| PREFERRED STOCK | | | | | | | | | | |
| Innerstep | NO | NE | K | W | | | | | | |
| EQUITY STOCK | | | | | | | | | | |
| AT&T | A | div. | J | T | | | | | | |
| Alexander & Baldwin Inc. | A | div. | J | T | | | | | | |
| American Gen. Corp. | NONE | | J | T | | | | | | |
| Am. Hme Prods. Corp. | A | div. | J | T | | | | | | |
| Am. Natl Ins Co | NONE | | J | T | | | | | | |
| Archer Daniels | A | div. | K | T | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting ROBERTSON, JAMES (N) | Date of Report 9/14/94 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _James Robertson_ Date 9/14/94

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

**823**

JAMES ROBERTSON
Form AO-10

September 14, 1994

Attachment 1

Supplemental Answer to Item II.

I am eligible for retirement under the Wilmer, Cutler & Pickering Retirement Plan. The Wilmer, Cutler & Pickering Retirement Plan provides essentially for a retiring partner to receive monthly payments for the rest of the partner's life, provided only that the partner does not directly compete with Wilmer, Cutler & Pickering in the practice of law. Payments are calculated at the time of a partner's retirement and are fixed at an amount which (annually) equals 25 percent of the partner's average annual income for the partner's last three years. There is no occasion for upward adjustment of retirement payments, except that adjustments will be made to reflect increases in the cost of living if and to the extent cumulative inflation exceeds 4 percent in a year. There is no occasion for downward adjustment, except that the firm's annual obligation to all retired partners together is capped at 5 percent of firm income. The Retirement Plan has no provision for payment of a lump sum in lieu of periodic payments.

The Wilmer, Cutler & Pickering Retirement Plan also provides that, upon my ceasing to be a partner in Wilmer, Cutler & Pickering, I will be paid the amount of my capital account in twelve monthly installments.

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROBERTSON, JAMES (N) | 9/14/94 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 Bell Atl Corp | A | div. | J | T | | | | | | |
| 2 Boeing Co | A | div. | J | T | | | | | | |
| 3 Cable & Wireless | A | div. | J | T | | | | | | |
| 4 Carr Realty Corp | NONE | | J | T | | | | | | |
| 5 Con Nat Gas Co | A | div. | J | T | | | | | | |
| 6 GTE Corp | A | div. | J | T | | | | | | |
| 7 Hershey Foods Corp | A | div. | J | T | | | | | | |
| 8 ELI Lilly | NONE | | J | T | | | | | | |
| 9 Mellon Bank Corp | A | div. | J | T | | | | | | |
| 10 Mercantile Bnkshrs | NONE | | J | T | | | | | | |
| 11 JP Morgan | A | div. | J | T | | | | | | |
| 12 Nestle SA | A | div. | K | T | | | | | | |
| 13 Pacificorp | A | div. | J | T | | | | | | |
| 14 Pepsico Inc | NONE | | J | T | | | | | | |
| 15 Procter & Gamble Co | NONE | | J | T | | | | | | |
| 16 Roche HLDG Ltd | A | div. | J | T | | | | | | |
| 17 Royal Dutch Pete Co | A | div. | K | T | | | | | | |
| 18 Salomon Brothers Fund | A | div. | K | T | | | | | | |
| 19 Telefonica De Espana SA | A | div. | J | T | | | | | | |
| 20 Wash. Gas Lt Co | A | div. | J | T | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less B=$15,001 to $50,000 | B=$1,001 to $2,500 F=$50,000 to $100,000 | C=$2,501 to 5,000 G=$100,001 to $1,000,000 | D=$5,001 to $15,000 H=more than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less N=$250,001 to $500,000 | K=$15,001 to $50,000 O=$500,001 to $1,000,000 | L=$50,001 to $100,000 P=more than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROBERTSON, JAMES (N) | 9/14/94 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 Weingarten Rlty Inves | A | div. | J | T | | | | | | |
| 2 Western Invt Real Est | A | div. | J | T | | | | | | |
| 3 Chevy Chase Bank (S) | B | int. | E | T | | | | | | |
| 4 (accts of Berit P. Robertson) | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | E=$15,001 to $50,000 J=$15,000 or less | F=$50,001 to $100,000 K=$15,001 to $50,000 | G=$100,001 to $1,000,000 L=$50,001 to $100,000 | H=$100,001 to $250,000 M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

Application for Judicial Appointment
Applicant's Name   James Robertson
Attachment to Senate Form. No. II.5.

## FINANCIAL STATEM.

### NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

As of September 14, 1994

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 16 | 311 | 00 | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | 115 | 000 | 00 |
| Listed securities—add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | 16 | 558 | 00 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgages payable—add schedule B | 788 | 684 | 00 |
| Real estate owned—add schedule A | 1,260 | 000 | 00 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts—itemize: | | | |
| Autos and other personal property | | | | | | | |
| Cash value—life insurance | | | | | | | |
| Other assets—itemize: Wilmer, Cutler & Pickering | 160 | 000 | 00 | | | | |
| 401(k) assets (attached) | 846 | 597 | 00 | | | | |
| | | | | Total liabilities | 920 | 242 | 00 |
| | | | | Net worth | 1,362 | 666 | 00 |
| Total assets | 2,282 | 908 | 00 | Total liabilities and net worth | 2,282 | 908 | 00 |

| CONTINGENT LIABILITIES | SEE NOTE | GENERAL INFORMATION | |
|---|---|---|---|
| As endorser, comaker or guarantor | | Are any assets pledged? (Add schedule.) | |
| On leases or contracts | | | |
| Legal Claims | | Are you defendant in any suits or legal actions? | |
| Provision for Federal Income Tax | | Have you ever taken bankruptcy? | |
| Other special debt | | | |

Schedule A:

Principal residence, Rockville, MD  $ 575,000
Farm, second home, Bozman, MD          685,000
                                    $1,260,000

Schedule B:

Citicorp Mortgage        $ 295,687
Prudential Mortgage        492,997
                         $ 788,684

NOTE:   As a partner of Wilmer, Cutler & Pickering.  I have signed a Partner's Contribution Agreement that establishes a formula for contributions among partners of the firm in the event such contribtuion is necessary.

Digitized by Google